IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MOHAMMAD F. QAIYMAN,
    Plaintiff,

v.                                        Civil No. 3:20cv829 (DJN)

CHAD F. WOLF, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 20, 2020, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) On December 11, 2020, the United States Postal Service returned the August 6, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff had been released. (ECF No. 4.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                       /s/
                                                   David J. Novak
                                                 United States District Judge

Richmond, Virginia
Dated: January 11, 2021